IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC. | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-001468-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| ICON SECURITY SYSTEMS, INC. | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL OF DEFENDANT ICON
SECURITY SYSTEMS, INC. WITHOUT PREJUDICE**

On this day the Court considered the Motion to Dismiss Icon Security Systems, Inc. Without Prejudice, in the lawsuit between Plaintiff Symbology, LLC ("Symbology") and Icon Security Systems, Inc. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Symbology against Icon Security Systems, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 30th day of November, 2015.**

                                                                                                                  _____  
                                                                                                                  ROY S. PAYNE  
                                                                                                                  UNITED STATES MAGISTRATE JUDGE